WESLEY B. PORCH

*v.*

AGNEW COMPANY.

[Submitted March 27th, 1906. Decided November 19th, 1906.]

On appeal of Clarence M. Busch from orders adjudicating certain claims against the defendant, an insolvent corporation, advised by Vice-Chancellor Grey, whose opinion is reported in *70 N. J. Eq. 328.*

*Mr. George A. Bourgeois,* for Millegan & Weber.

*Mr. William M. Clevenger,* for the Du Parquet Company.

*Messrs. Thompson & Cole,* for C. M. Busch.

PER CURIAM.

The orders of the court of chancery appealed from are affirmed, with the remark that the observations of the learned vice-chancellor respecting the influence of sections 15 and 28 of the Mechanics' Lien act (*P. L. 1898 p. 550*) upon the relative priority of the mechanics' lien of the Du Parquet & Mense Company and the mortgage of C. M. Busch were not necessary to a decision of the question involved.

Upon the soundness of these observations no opinion is expressed.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—14.

*For reversal*—None.